| | |
|---|---|
| **PILLSBURY WINTHROP SHAW PITTMAN LLP** <br> John A. Pintarelli <br> Dania Slim <br> Kwame O. Akuffo <br> Alana A. Lyman <br> 31 West 52nd Street <br> New York, NY 10019-6131 <br> Phone: (212) 858-1000 <br> Fax: (212) 858-1500 <br> john.pintarelli@pillsburylaw.com <br> dania.slim@pillsburylaw.com <br> kwame.akuffo@pillsburylaw.com <br> alana.lyman@pillsburylaw.com | **PILLSBURY WINTHROP SHAW PITTMAN LLP** <br> Joshua D. Morse (admitted *pro hac vice*) <br> Jonathan Doolittle (admitted *pro hac vice*) <br> Four Embarcadero Center, 22nd Floor <br> San Francisco, CA 94111-5998 <br> Phone: (415) 983-1000 <br> Fax: (415) 983-1200 <br> joshua.morse@pillsburylaw.com <br> jonathan.doolittle@pillsburylaw.com |

*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> ROCKLEY PHOTONICS HOLDINGS LIMITED, <br><br> Debtor.[1] | Chapter 11 <br><br> Case No. 23-10081 (LGB) |

**NOTICE OF (A) ENTRY OF ORDER (I) APPROVING THE ADEQUACY OF DEBTOR'S DISCLOSURE STATEMENT AND (II) CONFIRMING THE REVISED SECOND AMENDED PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION OF ROCKLEY PHOTONICS HOLDINGS LIMITED AND (B) OCCURRENCE OF PLAN EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that, on March 10, 2023, the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") entered an order [Docket No. 137] (the "**Confirmation Order**") approving the *Disclosure Statement for the Prepackaged Chapter 11 Plan of Reorganization of Rockley Photonics Holdings Limited* [Docket No. 3] and

---

[1] The last four digits of the Debtor's federal identification number are 4526. The Debtor's mailing address is 3rd Floor 1 Ashley Road, Altrincham, Cheshire, United Kingdom WA14 2DT.

confirming the *Revised Second Amended Prepackaged Chapter 11 Plan of Reorganization of Rockley Photonics Holdings Limited* [Docket No. 133] (as modified, amended, and including all supplements and exhibits thereto, the "**Plan**") (attached as **Exhibit A** to the Confirmation Order).[2]

**PLEASE TAKE FURTHER NOTICE** that the Plan was substantially consummated, and the Effective Date of the Plan occurred, on March 14, 2023.

**PLEASE TAKE FURTHER NOTICE** that, unless otherwise ordered by the Bankruptcy Court, all final requests for payment of Professional Fee Claims for services rendered and reimbursement of expenses incurred prior to the Confirmation Date must be filed on or prior to April 28, 2023, which is the first Business Day that is forty-five days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that the terms of the Plan, the Plan Supplement, and the Confirmation Order shall be immediately effective and enforceable and deemed binding upon the Debtor and the Reorganized Debtor, as applicable, and any and all Holders of Claims or Interests (regardless of whether such Holders are deemed to have accepted or rejected the Plan and regardless of whether such Holders are impaired under the Plan) and such Holders' respective predecessors, successors, and assigns, all entities that are parties to or are subject to the settlements, compromises, releases (including the Debtor Release, Third-Party Release, and Exculpation), and injunctions described in the Plan, each entity acquiring property under the Plan and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain discharge, release, exculpation, injunction, and related provisions in **Article VIII** of the Plan.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Plan and the Confirmation Order, as applicable.

2

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and the Confirmation Order in their entirety.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Plan Supplement, the Confirmation Order and copies of all documents filed in this chapter 11 case are available free of charge by visiting the website of Kroll Restructuring Administration LLC at https://cases.ra.kroll.com/rockley or by calling Kroll Restructuring Administration LLC at 833-232-4652 (toll free) or +1 (646) 440-4743 (international).  You may also obtain copies of any pleadings filed with the Bankruptcy Court by visiting the Bankruptcy Court's website at https://www.nysb.uscourts.gov and following the procedures and paying any fees set forth therein.

> **IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE PLEASE CONTACT KROLL RESTRUCTURING ADMINISTRATION LLC BY CALLING 833-232-4652 (TOLL FREE) OR +1 (646) 440-4743 (INTERNATIONAL).**

| | |
|---|---|
| DATED: March 14, 2023<br>New York, New York | **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br><br>*/s/ Dania Slim*<br>John A. Pintarelli<br>Dania Slim<br>Kwame O. Akuffo<br>Alana A. Lyman<br>31 West 52nd Street<br>New York, NY 10019-6131<br>Phone: (212) 858-1000<br>Fax: (212) 858-1500<br>john.pintarelli@pillsburylaw.com<br>dania.slim@pillsburylaw.com<br>kwame.akuffo@pillsburylaw.com<br>alana.lyman@pillsburylaw.com<br><br>Joshua D. Morse (admitted *pro hac vice*)<br>Jonathan Doolittle (admitted *pro hac vice*)<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111-5998<br>Phone: (415) 983-1000<br>Fax: (415) 983-1200<br>joshua.morse@pillsburylaw.com<br>jonathan.doolittle@pillsburylaw.com<br><br>*Counsel for the Debtor* |